

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-01037-CV

Pedro **RODRIGUEZ**,
Appellant

v.

Veronica **RODRIGUEZ**,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CC-16-60
Honorable Orlando Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: January 17, 2024

DISMISSED FOR WANT OF PROSECUTION

The clerk's record was originally due December 11, 2023, but was not filed. The district clerk filed a notification of late record, stating that the clerk's record was not filed because appellant had failed to pay the clerk's fee for preparing the record and was not entitled to appeal without paying the fee. On December 12, 2023, we ordered appellant to provide written proof to this court by December 22, 2023 that either: (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant was entitled to appeal without paying the clerk's

fee. In our order, we cautioned appellant that if he failed to respond within the time provided, we would dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

Appellant did not respond to our December 12, 2023 order. Accordingly, we dismiss this appeal for want of prosecution. *See id.*

PER CURIAM